UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RYANN SOLOMON,

                          Plaintiff,

-against-

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                          Defendant.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 9198 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:

__ Settlement

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

_X_ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:___

Dated: October 8, 2019

SO ORDERED.

*George B. Daniels*
United States District Judge