USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RYANN SOLOMON,

                      Plaintiff,

   -against-

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                      Defendant.
------------------------------------- x

<u>ORDER GRANTING IFP</u>
<u>APPLICATION</u>

19 Civ. 9198 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

Dated: New York, New York
       October 7, 2019

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge