UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYANN SOLOMON,

               Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

               Defendant.



**STIPULATION AND ORDER**

No. 20 Civ. 9198 (GBD) (SN)
19

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendant, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: September 15, 2020

THE LEGAL AID SOCIETY
Bronx, New York
*Attorney for Plaintiff*

By: _____
VIOLETA ARCINIEGA
The Legal Aid Society
260 East 161st Street
Bronx, NY 10451
Tel: (718) 579-8157
varciniega@legal-aid.org

Dated: September 15, 2020

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: _____
MARY ELLEN BRENNAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel: (212) 637-2652
maryellen.brennan@usdoj.gov

SO ORDERED:

OCT 2 0 2020

_____
George B. Daniels